IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| DEIRDRE N. COSMANN, *Plaintiff*, v. BOOZ ALLEN HAMILTON INC., *Defendant*. | Case No. 1:22-cv-00933-PTG |

### DEFENDANT'S OBJECTIONS TO PLAINTIFF'S EXHIBITS

In accordance with the Court's Scheduling Order dated March 9, 2023 (ECF No. 23) and the Federal Rules of Evidence ("FRE"), Defendant Booz Allen Hamilton Inc. (Defendant"), by and through undersigned counsel, hereby files its objections to Plaintiff Deirdre Cosmann's proffered trial exhibits.

Defendant objects generally to the admissibility of any and all exhibits designated by Plaintiff on the grounds and to the extent that any such exhibits constitute hearsay, lack foundation, are prejudicial, are irrelevant and immaterial or relevant to only collateral matters, are unreasonably cumulative or duplicative; and/or excluded by any Order of this Court.

By setting forth the following objections, Defendant does not waiver any additional objections it may seek to raise at trial and expressly reserve any such objections.

1

| Plaintiff's Exhibit Number | Objections |
|---|---|
| 21 | Relevance |
|    | Prejudicial |
| 22 | Relevance |
| 23 | Relevance |
| 24 | Relevance |
| 25 | Relevance |
| 26 | Relevance |
| 27 | Relevance |
| 28 | Relevance |
| 29 | Relevance |
| 30 | Relevance |
| 32 | Relevance |
| 33 | Relevance |
| 34 | Relevance |
| 35 | Relevance |
| 36 | Relevance |
| 37 | Relevance |

| | |
|---|---|
| 38 | Relevance |
| 39 | Relevance |
| 40 | Relevance |
| 42 | Relevance |
| 44 | Relevance |
| 45 | Relevance |
| 46 | Relevance |
| 47 | Relevance |
| 48 | Relevance |
| 49 | Relevance |
| 50 | Relevance |
| 51 | Relevance |
| 52 | Relevance |
| 53 | Relevance |
| 54 | Relevance |
| 55 | Relevance |
| 58 | Relevance |

| | |
|---|---|
| 60 | Relevance |
| 62 | Relevance |
| 64 | Relevance |
| 65 | Relevance |
| 69 | Relevance |
| 72 | Relevance |
| 74 | Relevance |
| 137 | Relevance |
| 138 | Relevance |
| 139 | Relevance |
| 140 | Relevance |
| 141 | Relevance |
| 142 | Relevance |
| 143 | Relevance |
| 144 | Relevance |
| 145 | Relevance |
| 146 | Relevance |

| | |
|---|---|
| 147 | Relevance |
| 148 | Relevance |
| 149 | Relevance |
| 150 | Relevance |
| 151 | Relevance |
| 152 | Relevance |
| 153 | Relevance |
| 154 | Relevance |
| 155 | Relevance |
| 156 | Relevance |
| 157 | Relevance |
| 158 | Relevance |
| 159 | Relevance |
| 160 | Relevance |
| 164 | Relevance |
| 165 | Relevance Prejudicial |
| 166 | Relevance |

| | |
|---|---|
| 167 | Relevance |
| 168 | Relevance |
| 172 | Relevance |
| 174 | Relevance |
| 175 | Relevance |
| 176 | Relevance |
| 177 | Relevance |
| 178 | Relevance |
| 179 | Relevance |
| 180 | Relevance |
| 188 | Relevance |
| 199 | Relevance |
| 200 | Relevance |
| 201 | Relevance |
| 202 | Relevance |
| 203 | Relevance |
| 204 | Relevance |

| | |
|---|---|
| 205 | Relevance |
| 206 | Relevance |
| 207 | Relevance |
| 208 | Relevance |
| 209 | Relevance |
| 210 | Relevance |
| 211 | Relevance |
| 212 | Relevance |
| 213 | Relevance |
| 214 | Relevance |
| 215 | Relevance |
| 216 | Relevance |
| 217 | Relevance |
| 218 | Relevance |
| 219 | Relevance |
| 221 | Relevance |
| 222 | Relevance |

| | |
|---|---|
| 223 | Relevance |
| 225 | Relevance |
| 229 | Relevance |
| 230 | Relevance |
| 232 | Relevance |
| 233 | Relevance |
| 259 | Relevance |
| 260 | Relevance |
| 261 | Relevance |
| 262 | Relevance |
| 267 | Relevance |
| 269 | Relevance |
| 283 | Relevance |
| 284 | Relevance |
| 285 | Relevance |
| 286 | Relevance |
| 287 | Relevance |

| | |
|---|---|
| 288 | Relevance |
| 290 | Relevance<br><br>Hearsay<br><br>Authentication |
| 299 | Relevance |
| 300 | Relevance |
| 301 | Relevance<br><br>Hearsay<br><br>Authentication |
| 302 | Relevance |
| 303 | Relevance |
| 304-305 | Relevance<br><br>Hearsay |
| 305 | Relevance<br><br>Hearsay |
| 308 | Hearsay<br><br>Authentication |
| 309 | Hearsay<br><br>Authentication |
| 310 | Hearsay<br><br>Authentication |
| 311 | Hearsay<br><br>Authentication |
| 312 | Hearsay<br><br>Authentication |

| | |
|---|---|
| 313 | Hearsay / Authentication |
| 314 | Hearsay / Authentication |
| 315 | Hearsay / Authentication |
| 316 | Hearsay / Authentication |
| 317 | Hearsay / Authentication |
| 318 | Hearsay / Authentication |
| 319 | Hearsay / Authentication |
| 320 | Hearsay / Authentication |
| 321 | Hearsay / Authentication |
| 322 | Hearsay / Authentication |
| 323 | Hearsay / Authentication |
| 324 | Hearsay / Authentication |
| 326 | Relevance / Hearsay / Authentication |

| | |
|---|---|
| 327 | Relevance |
| 328 | Relevance |
| 357 | Relevance<br><br>Hearsay<br><br>Authentication |
| 358 | Relevance<br><br>Hearsay<br><br>Authentication |
| 362 | Relevance<br><br>Hearsay |
| 363 | Relevance<br><br>Hearsay |
| 364 | Relevance<br><br>Hearsay |
| 366 | Relevance |
| 367 | Relevance<br><br>Hearsay |
| 369 | Relevance<br><br>Hearsay |
| 370 | Relevance<br><br>Hearsay |
| 371 | Relevance<br><br>Hearsay<br><br>Authentication |
| 373 | Relevance<br><br>Hearsay |

| | |
|---|---|
| 374 | Relevance <br> Hearsay |
| 375 | Relevance <br> Hearsay |
| 376 | Relevance <br> Hearsay |
| 377 | Relevance <br> Hearsay |
| 407 | Relevance <br> Hearsay |
| 408 | Relevance <br> Prejudicial <br> Requirement of the Original |
| 409 | Relevance <br> Prejudicial <br> Requirement of the Original |
| 414 | Relevance |
| 415 | Relevance |
| 416 | Relevance |
| 417 | Relevance |
| 418 | Relevance |
| 419 | Relevance |
| 420 | Relevance |

| | |
|---|---|
| 421 | Relevance |
| 422 | Relevance |
| 423 | Relevance |
| 424 | Relevance |
| 425 | Relevance |
| 426 | Relevance |
| 427 | Relevance |
| 428 | Relevance |
| 429 | Relevance |
| 430 | Relevance |
| 431 | Relevance |
| 432 | Relevance |
| 433 | Relevance |
| 434 | Relevance |
| 435 | Relevance |
| 436 | Relevance |
| 437 | Relevance |

| | |
|---|---|
| 438 | Relevance |
| 439 | Relevance |
| 440 | Relevance |
| 441 | Relevance |
| 442 | Relevance |
| 443 | Relevance |
| 444 | Relevance |
| 445 | Relevance |
| 454 | Relevance |
| 476 | Relevance |
| 478 | Relevance |
| 479 | Relevance |
| 480 | Relevance |
| 481 | Relevance<br><br>Hearsay<br><br>Authentication |
| 482 | Relevance |
| 487 | Relevance |
| 498 | Relevance |

| | |
|---|---|
| 499 | Relevance |
| 500 | Relevance |
| 501 | Relevance |
| 502 | Relevance |
| 504 | Relevance |
| 505 | Relevance<br><br>Prejudicial |
| 506 | Relevance |
| 507 | Relevance |
| 508 | Relevance |
| 509 | Relevance |
| 510 | Relevance |
| 511 | Relevance |
| 512 | Relevance |
| 519 | Relevance |
| 520 | Relevance |
| 521 | Relevance |
| 522 | Relevance |

| | |
|---|---|
| 523 | Relevance |
| 527 | Relevance |
| 528 | Relevance |
| 529 | Relevance |
| 533 | Relevance |
| 534 | Relevance |
| 535 | Relevance |
| 536 | Relevance<br><br>Hearsay<br><br>Prejudicial |
| 537 | Relevance<br><br>Hearsay<br><br>Prejudicial |
| 538 | Relevance<br><br>Hearsay<br><br>Authentication |
| 539 | Relevance |
| 540 | Relevance |
| 541 | Relevance |
| 542 | Relevance |
| 543 | Defendant was never provided a document identified as "Cosmann 3231-3232" and |

|  | therefore has not been able to determine whether this exhibit was previously produced under a different Bates label. Because this exhibit may not have been previously exchanged, Defendant reserves the right to make objections. |
|---|---|
| 544 | Relevance<br><br>Hearsay<br><br>Authentication<br><br>Prejudicial |
| 545 | Relevance<br><br>Hearsay<br><br>Authentication<br><br>Prejudicial |

Dated:  July 31, 2023                    Respectfully submitted,

OGLETREE, DEAKINS, NASH,
 SMOAK & STEWART, P.C.

*/s/ Ajente Kamalanathan*
Ajente Kamalanathan, VA Bar No. 92326
James J. Murphy (admitted Pro Hac Vice)
Gary D. Eisenstat (admitted Pro Hac Vice)
1909 K Street, NW, Suite 1000
Washington, DC 20006
Telephone:  (202) 263.0260
Facsimile:  (202) 887.0866
Email:  james.murphy@ogletree.com
Email:  ajente.kamalanathan@ogletree.com
Email:  gary.eisenstat@ogletree.com
*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on July 31, 2023, I caused the foregoing to be filed electronically and served on all counsel of record using the CM/ECF system upon the following:

Michal Shinnar, Esq.
JOSEPH GREENWALD & LAAKE
6404 Ivy Lane, Suite 400
Greenbelt, Maryland 20770
Tel: (301) 220-2200
Fax: (240) 553-1750
Email: mshinnar@jgllaw.com

Jay Paul Holland
JOSEPH GREENWALD & LAAKE
6404 Ivy Lane, Suite 400
Greenbelt, Maryland 20770
Tel: (301) 220-2200
Fax: (301)220-1214
Email: jholland@jgllaw.com

Lenore C. Garon, Esq.
LAW OFFICE OF LENORE C. GARON, PLLC
2412 Falls Place Court
Falls Church, Virginia 22043
Tel: (703) 534-6662
Fax: (703) 534-4448
Email: lenore@lenorecgaron.com
Counsel for Plaintiff Deirdre N. Cosmann

    OGLETREE, DEAKINS, NASH,
     SMOAK & STEWART, P.C.

    */s/ Ajente Kamalanathan*
    Ajente Kamalanathan, VA Bar No. 92326
    OGLETREE, DEAKINS, NASH,
    SMOAK & STEWART, P.C.
    1909 K Street NW, Suite 1000
    Washington, DC 20006
    Tel: (202) 263-0178
    Fax: (202) 887-0866
    Email: ajente.kamalanathan@ogletree.com

    *Counsel for Defendant*