***1.20 Instagram Direct Messages***





**ONSCREEN TEXT:**

Instagram Direct Messages

A Couple of Weeks Later

**Chloe**: I talked to Andrew earlier. He said you were having a rough day.

**Kevin**: Yeah, just one of those days. Hopefully tomorrow will be better.

Living Our Values Transcript: Leadership Version                                                                                       Page 31

**Chloe**: I'm sure it will be. Maybe this will cheer you up

Click to View Sent Photo.

[Chloe sent an inappropriate, personal photo, and Kevin clicks to view it.]

**Kevin**: I can't believe she just sent me this selfie! That is definitely crossing the line.

CONFIDENTIAL                                                                                                       BAH-0003997

### *1.21 The Next Day at Work*



**ONSCREEN TEXT:**

The Next Day

Kevin

Chloe

**AUDIO SCRIPT:**

**Kevin:** Chloe, listen. I'm really flattered by all the attention, but I'd prefer to keep our relationship strictly professional. That selfie you sent last night was inappropriate and crossed the line for me. Also, please don't send our co-workers pictures of me on our group chats, and I'm removing you as a follower on my Instagram.

**Chloe:** Sure…I can try. If you can stop being so cute.

**Kevin:** Chloe, I mean it. I get that you're trying to be funny, but this job is really important to me, and I need to focus on my work.

**Chloe:** I get it. Your job is important. But you don't need to play it so cool with me.